IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK MAURICE ROBINSON,<br>  Petitioner,<br><br>  v.<br><br>RAYMOND J. SOBINA, et al.,<br>  Respondents. | Civil Action No. 1:10-209 |

## O R D E R

AND NOW, this 22<sup>n</sup> day of Sept 2010, after a petition for a writ of habeas corpus was filed by the petitioner, Mark Maurice Robinson, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner was granted fourteen days after being served with a copy to file written objections thereto, and no objections having been filed, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Mark Maurice Robinson for a writ of habeas corpus is transferred forthwith to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. § 2241(d).

_____
Chief United States District Judge